COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

LITE DePALMA GREENBERG
  & RIVAS, LLC
JOSEPH J. DePALMA
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone:  973/623-3000
973/623-0211 (fax)

Co-Liaison Counsel

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVIVA PARTNERS LLC, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EXIDE TECHNOLOGIES, et al., <br><br> Defendants. | No. 3:05-cv-03098-MLC-LHG **(Consolidated)** <br><br> CLASS ACTION <br><br> NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES <br><br> DATE:  June 23, 2009 <br> TIME:  10:00 a.m. <br> COURTROOM:  The Honorable Mary L. Cooper |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 23, 2009, at 10:00 a.m., before the Honorable Mary L. Cooper, Lead Plaintiffs will, and hereby do, move for judgments and orders (1) approving the Stipulation of Settlement dated as of March 26, 2009 (the "Stipulation") and dismissing this action with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) awarding Lead Plaintiffs' counsel's attorneys' fees and expenses and reimbursing Lead Plaintiffs for their time and expenses.

This motion is based upon this Motion, the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, Memorandum of Law in Support of Application of Lead Plaintiffs' Counsel for an Award of Attorneys' Fees and Expenses, Joint Declaration of Trig R. Smith and Jeffrey S. Nobel in Support of Lead Plaintiffs' Motion for (A) Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds; and (B) an Award of Attorneys' Fees and Expenses, the Declarations of counsel and Lead Plaintiffs submitted in support hereof,

the Stipulation and supporting exhibits, the papers and filings on record in this matter

and such additional evidence or argument as may be presented at the hearing.

DATED:  May 22, 2009                    Respectfully submitted,

                                           COHN LIFLAND PEARLMAN
                                            HERRMANN & KNOPF LLP
                                           PETER S. PEARLMAN


                                               s/ Peter S. Pearlman
                     —————————————————————
                                         PETER S. PEARLMAN

                                           Park 80 Plaza West-One
                                           Saddle Brook, NJ  07663
                                           Telephone:  201/845-9600
                                           201/845-9423 (fax)

                                           LITE DePALMA GREENBERG
                                           & RIVAS, LLC
                                           JOSEPH J. DePALMA
                                           Two Gateway Center, 12th Floor
                                           Newark, NJ  07102-5003
                                           Telephone:  973/623-3000
                                           973/623-0211 (fax)

                                           Co-Liaison Counsel

                                           COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                           ARTHUR C. LEAHY
                                           JEFFREY D. LIGHT
                                           ANNE L. BOX
                                           TRIG R. SMITH
                                           CHRISTINA A. ROYCE
                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101
                                           Telephone:  619/231-1058
                                           619/231-7423 (fax)

IZARD NOBEL LLP
JEFFREY S. NOBEL
MARK P. KINDALL
29 South Main Street, Suite 215
West Hartford, CT  06107
Telephone:  860/493-6292
860/493-6290 (fax)

Co-Lead Counsel for Lead Plaintiffs

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, Fourth Floor
New York, NY 10017
Telephone: 212/983-1300
212/983-0383 (fax)

Additional Counsel for Plaintiffs

S:\Settlement\Exide.set\MTN FINAL APPROVAL 00059554.doc